DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR MARTINEZ-MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2776

[February 23, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502013CF007101AXXXMB.

Victor Y. Martinez-Martinez, Madison, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***